BURTON L. CRITTENDEN, Appellant, v. SUSIE A. CRITTENDEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Estate of WIKTOR DEMKO, Also Known as VICTOR DAMCHO, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

GEORGE S. METCALFE, Appellant, v. FRANK S. SIDWAY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

INTERNATIONAL FUEL AND IRON CORPORATION, Appellant, v. DONNER STEEL Co., INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

H. E. BENJAMIN Co., INC., Respondent, v. EDWIN NOTTINGHAM, President of the Vocational High School Commission, and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CUBA NATIONAL BANK, Respondent, v. MARGRETTA E. HOUSE and Others, Appellants.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ANNA J. KOSTY, Respondent, v. PHILIPO DIGUAROLI and Others, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JAMES G. COMERFORD and Others, as Executors, etc., Appellants, v. THE NATIONAL BANK OF ROCHESTER, Respondent.— Motion for stay pending appeal denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.